Form omdscwc

# United States Bankruptcy Court
Eastern District of Louisiana

*In Re:*

Edison Geroges  
Melisse Geroges

Case Number: 10–11764

*Debtor(s)*

Chapter: 13   Section A

### ORDER ON DEBTOR(S) MOTION FOR ENTRY OF DISCHARGE
### AND CERTIFICATION OF PLAN COMPLETION

    This matter was scheduled to come before the court on 6/25/2013 as a hearing on the debtor(s) motion for entry of discharge and certification of plan completion. Proper notice having been given and no objections having been filed,

    **IT IS ORDERED** that the motion is **GRANTED**. The Court will enter a separate order of discharge.

New Orleans, Louisiana, June 26, 2013.

Hon. Elizabeth W. Magner  
United States Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Louisiana

In re:  
Edison Geroges  
Melisse Geroges  
    Debtors

Case No. 10-11764-EWM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: kf    Page 1 of 3    Date Rcvd: Jun 26, 2013  
                  Form ID: omdscwc    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2013.

```
db/db      +Edison Geroges,   Melisse Geroges,   30 Azalea Drive,   Gretna, LA 70053-5028
smg         Collector of Revenue,   City of New Orleans,   City Hall Annex,   New Orleans, LA 70112
smg         Delinquent Accounts Unit,   La. Department of Labor,   Office of Regulatory Services,
             P.O. Box 44127,   Baton Rouge, LA 70804-4127
smg         Louisiana Department of Revenue,   Collection Division/Bankruptcy Section,   P. O. Box 66658,
             Baton Rouge, LA 70896-6658
smg         U. S. Attorney's Office,   Eastern District of Louisiana,   650 Poydras Street,   Suite 1600,
             New Orleans, LA 70130-7212
cr         +Ford Motor Credit Company,   201 St. Charles Avenue, Suite 4204,   New Orleans, LA 70170-1044
2755057    +Burton Gaudet Jr.,   30 Azalea Drive,   Gretna, LA 70053-5028
2755058    +Chase,   P.O. Box 94014,   Palatine, IL 60094-4014
2755059    +Citi Cards,   P.O. Box 183051,   Columbus, OH 43218-3051
2800040    #+ECMC,   PO BOX 75906,   St. Paul, MN 55175-0906
2800386    +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
2755061    +HSBC Retail Services,   P.O. Box 5238,   Carol Stream, IL 60197-5238
2755063    ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
             (address filed with court: Nissan Acceptance Corp,   P.O. Box 650679,   Dallas, TX 75265)
2762439     Nissan Motor Acceptance Corporation,   P.O.Box 660360,   Dallas,TX 75266-0360
2780161    +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   PO Box 12914,
             Norfolk VA 23541-0914
2755065    +U.S. Department of Education,   P.O. Box 1708,   Saint Paul, MN 55101-0708
2762245    +Wells Fargo Bank, N.A.,   4137 121st Street,   Urbandale IA 50323-2310
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
2755056     E-mail/Text: g20956@att.com Jun 26 2013 19:21:54     AT & T,   P.O. Box 2969,
             Omaha, NE 68103-2969
2755055    +E-mail/PDF: recoverybankruptcy@afninet.com Jun 26 2013 19:25:05     Afni,   404 Brock Drive,
             Bloomington, IL 61701-2654
2795260     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 26 2013 19:25:07     American InfoSource,
             obo Midland Funding, LLC,   P O Box 248897,   Oklahoma City, OK 73124-8897
2787396     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 26 2013 19:25:07
             American Infosource Lp On Behalf of,   Midland Funding, LLC As Assignee,
             of Citibank (South Dakota), N.A.,   PO Box 248838,   Oklahoma City, OK 73124-8838
2804137     E-mail/PDF: rmscedi@recoverycorp.com Jun 26 2013 19:24:29     GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
2800386    +E-mail/Text: bnc@bass-associates.com Jun 26 2013 19:22:11     HSBC Bank Nevada, N.A.,
             Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
2755062    +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2013 19:25:02     J.C. Penney,   P.O. Box 960090,
             Orlando, FL 32896-0090
2803374     E-mail/Text: resurgentbknotifications@resurgent.com Jun 26 2013 19:21:16
             LVNV Funding LLC its successors and assigns as,   assignee of CHASE BANK USA, NA,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
2792235     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 26 2013 19:24:05     Midland Funding, LLC,
             PO Box 248897,   Oklahoma City, OK 73124-8897
2774962    +E-mail/Text: bknotice@ncmllc.com Jun 26 2013 19:21:13     National Capital Management, LLC.,
             8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741,   USA
3069764     E-mail/PDF: rmscedi@recoverycorp.com Jun 26 2013 19:23:53     Portfolio Investments II LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
2755064    +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2013 19:24:23     QVC/GEMB,   P.O. Box 530905,
             Atlanta, GA 30353-0905
3069765     E-mail/PDF: rmscedi@recoverycorp.com Jun 26 2013 19:23:53
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
2755066    +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2013 19:23:45     Wal-Mart,   P.O. Box 530927,
             Atlanta, GA 30353-0927
                                                                                              TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2757270     Nissan-Infiniti LT,   PO Box 660366 Dallas TX 750266-0366
2762603*   +Wells Fargo Bank, N.A.,   4137 121st Street,   Urbandale IA 50323-2310
2755060    ##+Ford Credit,   P.O. Box 105697,   Atlanta, GA 30348-5697
2755067    ##+Wells Fargo Financial,   P.O. Box 98791,   Las Vegas, NV 89193-8791
                                                                                   TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 053L-2          User: kf              Page 2 of 3              Date Rcvd: Jun 26, 2013
                              Form ID: omdscwc      Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 28, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 053L-2          User: kf                  Page 3 of 3                  Date Rcvd: Jun 26, 2013
                              Form ID: omdscwc          Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2013 at the address(es) listed below:

```
          Arthur S. Mann, III    on behalf of Creditor    Ford Motor Credit Company amann@berriganlaw.net
          Office of the  U.S. Trustee     USTPRegion05.NR.ECF@usdoj.gov
          S. J. Beaulieu, Jr.    ecf@ch13no.com
          Timothy P. Kirkpatrick    on behalf of Debtor Melisse  Geroges kirkpatrick@kirkpatrick-law.com,
           kirkpatrick.timothy1@gmail.com
          Timothy P. Kirkpatrick    on behalf of Debtor Edison  Geroges kirkpatrick@kirkpatrick-law.com,
           kirkpatrick.timothy1@gmail.com
                                                                                          TOTAL: 5
```